IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. PHELON,       )<br>                                          )<br>            Petitioner,        )<br>                                          )<br>    vs.                                 )<br>                                          )<br>TOM L. CAREY, Warden,    )<br>                                          )<br>            Respondent.    )<br>_____)  | No. C 05-1713 CRB (PR)<br><br>ORDER<br><br>(Doc # 11) |

Good cause appearing, petitioner's request (doc # 11) for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than January 31, 2006.

No further extensions of time will be granted.

SO ORDERED.

DATED: Jan. 13, 2006

CHARLES R. BREYER
United States District Judge